United States District Court
Southern District of Texas
**ENTERED**
October 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JORGE MIGUEL LOPEZ-MACIAS,<br>*Petitioner,* | § | |
| v. | § | Civil No. 5:26-cv-01496 |
| MARKWAYNE MULLIN,<br>TODD BLANCHE,<br>MIGUEL VERGARA,<br>TODD LYONS,<br>and MARIO GARCIA,<br>*Respondents.* | § | |

## ORDER

Before the Court is Petitioner's Pro Se Response in Opposition to Respondents' Motion to Dismiss. Dkt. No. 9. Included in Petitioner's Response is a request to proceed pro se in this matter after Petitioner's counsel unexpectedly passed away. *Id.* Relatedly, Petitioner also requests that he receive copies of relevant filings and orders at his detention facility and that the Court grant a reasonable extension to submit a response to Respondents' Motion to Dismiss (Dkt. No. 7). *Id.* Pursuant to 28 U.S.C. § 1654, a party may appear pro se or by counsel in all courts of the United States. 28 U.S.C. § 1655.

Accordingly, Petitioner's request to appear pro se is **GRANTED**. Further, the Clerk of Court is **DIRECTED** to designate Petitioner as pro se in this matter and to mail a copy of this Order, Respondents' Motion to Dismiss (Dkt. No. 7), and future filings to:

Jorge Miguel Lopez-Macias
Web County Detention Center
9998 S. Highway 83
Laredo, TX 78041

If he so wishes, Petitioner must file his response to Respondents' Motion to Dismiss (Dkt. No. 7) by **November 5, 2026**. Any other relief sought by Petitioner in his Response, Dkt. No. 9, is **DENIED** without prejudice.

IT IS SO ORDERED.

Signed this October 22, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge