United States District Court
Southern District of Texas
**ENTERED**
November 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JORGE MIGUEL LOPEZ-MACIAS, *Petitioner,* | § | |
| v. | § | Civil No. 5:26-cv-01496 |
| MARKWAYNE MULLIN, TODD BLANCHE, MIGUEL VERGARA, TODD LYONS, and MARIO GARCIA, *Respondents.* | § | |

**ORDER**

Before the Court is Petitioner's Request for Additional Time to Review the Government's Arguments. Dkt. No. 13. The Court previously granted Petitioner's request to proceed pro se after Petitioner's counsel had unexpectedly passed away. Dkt. No. 10. Understandably, the unexpected passing of Petitioner's counsel has caused complications in these proceedings, none of which are the fault of Petitioner. As such, the Court finds it appropriate to afford Petitioner some additional time to review the Government's Motion to Dismiss (Dkt. No. 7).

Accordingly, the Court **GRANTS** Petitioner's Request for Additional Time, Dkt. No. 13. Petitioner is **ORDERED** to file his response to the Government's Motion to Dismiss by **November 30, 2026**. Any other relief sought by Petitioner in his Request is **DENIED**.

The Clerk of Court is **DIRECTED** to send a copy of this Order and the Government's Motion to Dismiss (Dkt. No. 7) to Petitioner by any receipted means at:

Jorge Miguel Lopez-Macias
Webb County Detention Center
9998 S. Highway 83
Laredo, TX 78046

IT IS SO ORDERED.

Signed this November 9, 2026, in Laredo, Texas.

Diana Song Quiroga
Diana Song Quiroga
United States Magistrate Judge